## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| ELVA FRANCENE ARCHIBALD, | CV-18-15-BU-BMM |
| Plaintiff, | |
| -vs- | **ORDER OF DISMISSAL WITH PREJUDICE** |
| KXLF COMMUNICATIONS, LLC, d/b/a KXLF-TV/KBZK-TV/BUTTE-BOZEMAN CW, KXLF.com and KBZK.com, JON SAUNDERS, and JOHN AND JANE DOES 1-10, | |
| Defendants. | |
| KXLF COMMUNICATIONS, LLC, | |
| Counter-Plaintiff | |
| -vs- | |
| ELVA FRANCENE ARCHIBALD, | |
| Counter-Defendant | |

Pursuant to the parties' Stipulation for Dismissal;

IT IS ORDERED that all claims in the above entitles case be dismissed with prejudice as fully settled upon its merits, each party bearing their own costs and attorney fees.

1

DATED this 13th of November, 2018.

_____
Brian Morris
United States District Court Judge